**Electronically Filed
Supreme Court
SCWC-11-0000372
26-DEC-2012
11:05 AM**

SCWC-11-0000372

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

EASON I. HOLI, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000372; CR. NO. 09-1-0314)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

The Application for Writ of Certiorari filed on

November 13, 2012 by Petitioner/Defendant-Appellant Eason I. Holi

is hereby rejected.

DATED:  Honolulu, Hawai'i, December 26, 2012.

Phyllis J. Hironaka,                    /s/ Mark E. Recktenwald
for petitioner

                                        /s/ Paula A. Nakayama
Marissa H. Luning, and
Kimberly Tsumoto Guidry,                /s/ Simeon R. Acoba, Jr.
for respondent

                                        /s/ Sabrina S. McKenna

                                        /s/ Richard W. Pollack

